Aaron J. Tolson (ISBN 6558)
TOLSON LAW OFFICES
2677 E. 17th Street Suite 300
Ammon, Idaho 83406
Phone: 208-228-5221
Fax: 208-228-5200

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: )<br>    PORTNEUF ELECTRIC )<br>)<br>)<br>    Debtor(s). )<br>)<br>) | Case No. 11-41502<br><br>MOTION TO DISMISS |

COMES NOW, Aaron J. Tolson, counsel for the Debtor, and hereby moves the court for an Order Dismissing this Chapter 11 case.

This Motion is made upon the grounds that the prospects for formulating a successful reorganization plan are minimal. Virtually all of the accounts receivable are tied up in trust relationships to be paid to materialmen and suppliers, and the claims and liens have brought Debtors operations to a stand still.

A Chapter 7 liquidation would yield nothing for unsecured creditors. Management of the Debtor moves that the case be dismissed.

DATED this 18th day of October, 2011.

TOLSON LAW OFFICES

_____
Aaron J. Tolson
Attorney for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2011, I filed a copy of the attached MOTION TO DISMISS with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

**PARTIES SERVED:**

Craig W Christensen: cwcc@ida.net

Bart M Davis: bmdavis@bmdlaw.net, tcarson@bmdlaw.net

Jason Gill Dykstra: dykstra@lawidaho.com, sharpe@lawidaho.com;mccollum@lawidaho.com

David E Eash: deash@ewinganderson.com, bzeski@ewinganderson.com;npitner@ewinganderson.com;ddeltchev@ewinganderson.com;bbrown@ewinganderson.com;smeredith@ewinganderson.com

Daniel C Green: dan@racinelaw.net, dca@racinelaw.net;sab@racinelaw.net

Mary P Kimmel: ustp.region18.bs.ecf@usdoj.gov

David T Krueck: dkrueck@idalaw.com, kthomas@idalaw.com

Geoffrey J McConnell: mcconnell@lawidaho.com, hambleton@lawidaho.com

Brian T Tucker: bttucker@nhptlaw.net

US Trustee: ustp.region18.bs.ecf@usdoj.gov

I HEREBY CERTIFY FURTHER that on October 18, 2011, I served a copy of the MOTION TO DISMISS on the following parties via postage prepaid, first class, U.S. Mail:

**PARTIES SERVED:**

ALL CREDITORS LISTED ON DEBTOR'S CREDITOR MATRIX (See Attached)

Executed this 18 day of October, 2011.

_____
Aaron J. Tolson
Attorney at Law

```
Label Matrix for local noticing        Braun-Jensen, Inc.                      D and S Enterprises, Inc., dba D & S Electri
0976-4                                 PO Box 939                              c/o Craig W. Christensen, Chartered
Case 11-41502-JDP                      Nampa, ID 83653-0939                    P. O. Box 130
District of Idaho [LIVE]                                                       Pocatello, ID 83204-0130
Pocatello
Fri Oct 14 11:34:53 MDT 2011

Eagle Rock Timber, Inc.                Platt Electric Supply, Inc.             Portneuf Electric, Inc
c/o Daniel C. Green                    c/o Meuleman Mollerup LLP               c/o Tolson Law Offices
P.O. Box 1391                          Attn: Jason G. Dykstra                  2677 E 17th Street
Pocatello, ID 83204-1391               755 W. Front St.                        Ammon, ID 83406-6607
                                       Suite 200
                                       Boise, ID 83702-5802

R.Hotel, LLC                           The Bank of Commerce                    Pocatello
C/o Bart M. Davis                      c/o Brian T. Tucker                     U.S. Bankruptcy Court, Rm 119
PO Box 50660                           PO Box 51630                            801 East Sherman
Idaho Falls, ID 83405-0660             Idaho Falls, ID 83405-1630              Pocatello, ID 83201-5730


ADI a division of Honeywell Internat'l AES Electric Supply                     AETF-Remit
263 Old Country Rd                     3350 Trailer St.                        2600 Denali St. Suite 200
Melville, NY 11747-2712                Fairbanks, AK 99709-5407                Anchorage, AK 99503-2746



APEX Container Inc.                    API Systems Integrators                 Advanced Cable Technology
P.O. Box 1861                          7306 West Yellowstone Hwy               2106 E. State Unit D
Twin Falls, ID 83303-1861              Casper, WY 82604-1810                   Eagle, ID 83616-6393



Advanced Industrial Supply             Airport Equipment Rental                Alaska Industrial Hardware
P.O. Box 2086                          P.O. Box 72578                          2951 Airport Way
Pocatello, ID 83206-2086               Fairbanks, AK 99707-2578                Fairbanks, AK 99709-4751



All American Cleaning                  Allied Gen. Fire and Security           Allstate Construction
P.O. Box 2588                          P.O. Box 140329                         415 West 9800 South
Idaho Falls, ID 83403-2588             Boise, ID 83714-0329                    Sandy, UT 84070-3626



American Construction Supply           American Express                        American Express Bank, FSB
P.O. Box 1160                          P.O. Box 53852                          c o Becket and Lee LLP
Nampa, ID 83653-1160                   Phoenix AZ 85072-3852                   POB 3001
                                                                               Malvern, PA 19355-0701


American Response Center               Archoustics Mountain, LLC               Automotive Supply
P.O. Box 17149                         1755 W. Barberry Circle                 188 Wilson Street
Euclid, OH 44117-0149                  Louisville, DO  80027-2448              Pocatello, ID 83201



BISCO                                  Bank of Commerce                        Batelle Energy Alliance LLC
13253 N. Yellowstone Hwy               P.O. Box 1887                           2525 Fremont Ave.
Pocatello, ID 83202-5147               Idaho Falls, ID 83403-1887              Idaho Falls, ID 83402-1509
```

| | | |
|---|---|---|
| Batteries Plus<br>2182 Channing Way<br>Idaho Falls, ID 83404-8034 | Beard St. Clair<br>2105 S. Coronado Street<br>Idaho Falls, ID 83404-7495 | Big Dog Internet<br>4078 Rainbow Lane<br>Chubbuck, ID 83202 |
| Bonneville Blueprint Supply<br>1802 Curtis<br>Idaho Falls, ID 83402-4499 | Bonneville Industrial Supply Co.<br>PO Box 51328<br>Idaho Falls, ID 83405-1328 | Braun-Jensen<br>509 S. 9th Street<br>Payette, ID 83661-3324 |
| Braun-Jenson Inc<br>c/o Geoffrey J McConnell Esq<br>Meuleman Mollerup LLP<br>755 E Front St Ste 200<br>Boise ID 83702 | Brennan Construction<br>PO Box 507<br>Pocatello, ID 83204-0507 | Brett and Terri Harris<br>1960 Mooney Dr.<br>Pocatello, ID 83204-7523 |
| CAL Ranch Stores<br>P.O. Box 1866<br>Idsaho Falls, ID 83403-1866 | CED Inc.<br>234 S 2nd Ave<br>Pocatello, ID 83201-6416 | CarQuest Auto Parts<br>215 E. Cedar<br>Pocatello, ID 83201-3700 |
| Cate-Idaho Equipment Co.<br>P.O. Box 498<br>Pocatello, ID 83204 | CenturyLink<br>P.O. Box 52187<br>Phoenix, AZ 85072-2187 | City Of Pocatello<br>911 N. 7th Ave<br>Pocatello, ID 83201-7700 |
| City of Idaho Falls<br>P.O. Box 50220<br>Idaho Falls, ID 83405-0220 | City of Pocatello<br>P.O. Box 4169<br>Pocatello, ID 83205-4169 | Commander Industrial Group<br>1819 North Main #10<br>Spanish Fork, UT 84660-5538 |
| Compunet<br>P.O. Box 3310<br>Jackson, WY 83001-3310 | Cooper Norman<br>P.O. Box 51330<br>Idaho Falls, ID 83405-1330 | Corey's Auto Works<br>407 E. Gould St.<br>Pocatello, ID 83201-6363 |
| Crescent Electric Supply<br>P.O. Box 500<br>Fairbanks, AK 99701 | Culligan of Pocatello<br>608 North 5th Avenue<br>Pocatello, ID 83201-6207 | Cummins Rocky Mountain<br>8949 S. Federal Way<br>Boise, ID 83716-9633 |
| D and S Enterprises, Inc.<br>d/b/a D & S Electrical Supply Co.<br>c/o Craig W. Christensen, Chartered<br>P. O. Box 130<br>Pocatello, ID 83204-0130 | D&S Electric<br>P. O. Box 2502<br>Pocatello, ID 83206-2502 | D.L. Beck<br>2860 West 5200 South<br>Rexburg, ID 83440-4305 |
| Dasco Labels<br>7787 Ranchers Road NE<br>Minneapolis, MN 55432-2524 | Data Solutions<br>440 E. Center<br>Pocatello, ID 83201-6328 | Datum Construction Management, Inc.<br>8475 W. Elisa Street<br>Boise, ID 83709-3615 |

Dave's Glass and Tint
2235 Garrett Way
Pocatello, ID 83201-6123

DeWall Construction
8999 N. DeWall Lane
Pocatello, ID 83201-9025

Denali Emergency Med Assoc
P.O. Box 1160
Arcadia, CA 91077-1160

Denali Industrial Supply
2800 S. Cushman St.
Fairbanks, AK 99701-6647

Denny's Wrecker Service Inc.
4705 S. Yellowstone Ave.
Pocatello, ID 83202-2335

Dex Media West LLC
P.O. Box 79167
Phoenix, AZ 85062-9167

ESI General Contractors
12400 West Overland Road
Boise, ID 83709-0021

Eagle Rock Timber
3000 Wright Road
Idaho Falls, ID 83401-1664

Eighth District Electrical
P.O. Box 30101
Salt Lake City, UT 84130-0101

Electric Service-Carquest
429 N. 5th Avenue
Pocatello, ID 83201-6251

Electrical Wholesale Supply
P.O. Box 51980
Idaho Falls, ID 83405-1980

Equip Management Solutions
145 South 3rd Avenue
Pocatello, ID 83201
ESI General Contractors
12400 West Overland Road
Boise, ID 83709-0021

FED EX
P.O. Box 94515
Palatine, IL 60094-4515

Falls Plumbing
525 E. Anderson
Idaho Falls, ID 83401-2019

Fastenal
P.O. Box 978
Winona, MN 55987-0978

Fire Protection Service
3293 Harrison Blvd.
Ogden, UT 84403-1226

Gem State Staffing
P.O. Box 2851
Pocatello, ID 83206-2851

Glass Crafters
P.O. Box 796
Rexburg, ID 83440-0796

Go-Fer-It Express
P.O. Box 388
Twin Falls, ID 83303-0388

Graybar - Billing
801 S. 13th Street
Bosie, ID 83702-6831

Graybar Electric Company
c/o David E Eash Esq
Ewing Anderson PS
2101 Lakewood Dr Ste 236
Coeur d'Alene ID 83814-2473

Grease Monkey
P.O. Box 3100
Pocatello, ID 83206-3100

Great America Leasing Corp.
P.O. Box 660831
Dallas, TX 75266-0831

GreatAmerica Leasing Corporation
PO Box 609
Cedar Rapids, IA 52406-0609

H & E Equipment Services
7489 Federal Way
Boise, ID 83716-9641

Heary Brother Lighting Products
11291 Moore Road
Springville, NY 14141-9613

Hilti
5400 S. 122nd E. Avenue
Tulsa, OK 74146-6099

Hobson Fabricating
6428 Business Way
Boise, ID 83716-5550

Home Depot
4340 Hawthorne
Chubbuck, ID 83202-2742

Honeywell Integrated Security
Honeywell Access Systems
91097 Collections Center Dr
Chicago, IL 60693-0910

Hose Power USA
2575 Poleline Road
Pocatello, ID 83201-6109

IMAGO
240 Arlington Ave. E
St. Paul, MN 55117-6900

Idaho Bid Service, Inc.
1 N Maple Grove Rd
Boise, ID 83704-8265

Idaho Concrete Company
c/o Kevin F. Trainor
Stephan, Kvanvig, Stone & Trainor
P.O. Box 83
Twin Falls, ID 83303-0083

Idaho Concrete Company, Inc.
P.O. Box 274
1294 Addison Ave W
Twin Falls, ID 83301-5485

Idaho Precast Concrete Inc.
1389 Madison Avenue
Nampa, ID 83687-3041

Idaho Sand & Gravel Company
924 North Sugar Street
Nampa, ID 83687-6816

Idaho Sand and Gravel Company
c/o Kevin F. Trainor
Stephan, Kvanvig, Stone and Trainor
P.O. Box 83
Twin Falls, ID 83303-0083

Idaho State Tax Commission
Bankruptcy Unit
PO Box 36
Boise, ID 83722-0036

Idaho Transportation Department
PO Box 7129
Boise, ID 83707-1129

Industrial Tool and Supply
149 McKinley Avenue
Pocatello, ID 83201-5042

Integrated Electronic Solutions
810 S. Main St. Unit B
P.O. Box 4230
Hailey, ID 83333-4230

(p)INTERMOUNTAIN GAS COMPANY
PO BOX 5603
BISMARCK ND 58506-5603

Itn Brotherhood of Electrical
c/o Groh Eggers, LLC
2600 Cordova Street Ste 110
Anchorage AK 99503-2745
IRS
P.O. Box 7346

Jack B. Parson Companies
P.O. Box 3429
Ogden, UT 84409-1429

Jackson Hole Airport Board
P.O. Box 159
Jackson, WY 83001-0159

Jackson Hole Apartments
P.O. Box 7404
Jackson, WY 83002-7404

Jet Stop LLC
P.O. Box 5463
Pocatello, ID 83202-0003

Jiffy Lube
588 Yellowstone Avenue
Pocatello, ID 83201-4534

Knife River
5450 W. Gowen Road
Boise, ID 83709-5625

Layton Construction
1444 S. Entertainment Ave Suite 300
Boise, ID 83709-3816

Lutz Rental, Inc
P.O. Box 2166
Ketchum, ID 83340-2166

Modern Machinery
P.O. Box 16660
Missoula, MT 59808-6660

Mtn Shadow Landscaping
14458 W. Siphon Rd.
Pocatello, ID 83202-5319

Navman Wireless
Dept. CH 19371
Palatine, IL 60055-9327

North Coast Electirc
1301 E. 26th St.
Tacoma, WA 98421-2309

Northwest Signal Supply Inc.
12965 SW Herman Rd.
Tualatin, OR 97062-7194

Northwest Signal Supply Inc.
c/o Wells Fargo Business Credit
Department 1494
Denver, CO 80291-0001

Parsons Electric LLC
5960 Main Street NE
Minneapolis, MN 55432-5480

Partner Steel
3187 Poleline Rd.
Pocatello, ID 83201-6119

| | | |
|---|---|---|
| Paul's Trophies<br>146 E. Chubbuck Rd.<br>Chubbuck, ID 83202-5054 | Pelco<br>3500 Pelco Way<br>Clovis, CA 93612-5621 | Performance Systems Inc.<br>200 W. 1st Street<br>Fruitland, ID 83619-5032 |
| Pitney Bowes<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 | Platt<br>P.O. Box 2858<br>Portland, OR 97208-2858 | Platt Electric Supply, Inc.<br>c/o Jason G. Dykstra, Esq.<br>Meuleman Mollerup LLP<br>755 West Front Street, Suite 200<br>Boise, Idaho 83702-5802 |
| Pocatello Chamber of Comm<br>P.O. Box 626<br>Pocatello, ID 83204-0626 | Pocatello Ready Mix<br>9659 N. Philbin Rd.<br>Pocatello, ID 83202-5303 | Porter's Office Products<br>P.O. Box 1447<br>Pocatello, ID 83204-1447 |
| Portneuf Medical Center<br>651 Memorial Drive<br>Pocatello, ID 83201-4004 | Power Comm, Inc.<br>195 Alta Way<br>Fairbanks, AK 99701-7680 | Qwest<br>P.O. Box 29040<br>Phoenix, AZ 85038-9040 |
| R & N Field Repair<br>Route 6, Box 39-A<br>Pocatello, ID 83202-9608 | Rapid Toxicology Services<br>690 Yellowstone Ave., Suite H<br>Pocatello, ID 83201-4540 | SE/Z Construction<br>703 John Adams Parkway<br>Idaho Falls, ID 83401-4023 |
| SKM, Inc.<br>533 West 2600 South, Suite 100<br>Bountiful, UT 84010-7734 | Safety Enterprise, Inc.<br>600 E. Watertower St., Suite G<br>Meridian, ID 83642-6287 | Salmon River Stages, Inc.<br>P.O. Box 2166<br>Pocatello, ID 83206-2166 |
| Sandbox Construction<br>RR2 N. Box 167C<br>Pocatello, ID 83202-9715 | Scott's Lock and Key<br>2732 Poleline Rd.<br>Pocatello, ID 83201-6112 | SimplexGrinnell LP<br>12443 West Executive Dr.<br>Boise, ID 83713-5901 |
| Spriax Sarco, Inc.<br>1150 Northpoint Blvd.<br>Blythewood, SC 29016-8873 | Starr Corporation<br>PO Box 46<br>Twin Falls, ID 83303-0046 | State of Idaho<br>800 Park Blvd. Plaza IV<br>Boise, ID 83712 |
| State of Idaho<br>Division of Public Works<br>502 N. 4th Street<br>Boise, ID 83720-0001 | Steed Construction<br>1250 E Iron Eagle Drive, Suite #200<br>Eagle, ID 83616-6554 | T&T Reporting<br>P.O. Box 51020<br>Idaho Falls, ID 83405-1020 |
| Terminix<br>P.O. Box 742592<br>Cincinnati, OH 45274-2592 | Teton Communcations<br>545 S. Utah Circle<br>Idaho Falls, ID 83402-3301 | The Bank of Commerce<br>c/o Brian T Tucker Esq<br>POB 51630<br>Idaho Falls ID 83405-1630 |

The Buckner Company
6550 S. Millrock, Dr., Suite 300
Salt Lake City, UT 84121-2331

The Builders Exchange
120 North 12th, Suite 8
Pocatello, ID 83201-4767

The Hartwell Corporation
P.O. Box 51019
Idaho Falls, ID 83405-1019


The U.S. Telephone Directory
801 E. Fir Avenue
McAllen, TX 78501-9320

Thompson's Auto Body
3421 East 20th North
Idaho Falls, ID 83401-5984

Todd Elison
1655 Riverton Rd, Lot #5
Blackfoot, ID 83221-5120


True Vale
50 E. Second South
Soda Springs, ID 83276-1467

Tyco Safety Products
6600 Congress Avenue
Boca Raton, FL 33487-1213

UPS
Lockbox 577
Carol Stream, IL 60132-0577


US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

Ulan Ben Gregory
413 East Chapel
Pocatello, ID 83201-3507

Unicad, Inc.
5794 W. 4600 S.
Hooper, UT 84315-9642


United Rentals, Inc.
11371 W Pico Blvd
Los Angeles, CA 90064

VFC
P.O. Box 540445
North Salt Lake, UT 84054-0445

Valley Office Systems
2050 1st Street
Idaho Falls, ID 83401-4469


Vanguard Fire and Security Inc.
3269 Maze Avenue
Boise, ID 83706-5420

Verizon Wireless
P.O. Box 2210
Inglewood, CA 90305

Vicon Industries, Inc.
Attn: Accounts Receivable
89 Arkay Drive
Hauppauge, NY 11788-3727


Vision InfoSoft Corporation
1915 Aston Avenue
Carlsbad, CA 92008-7307

Western States - Billing
2405 Garrett Way
Pocatello, ID 83201-6152

YESCO
P.O. Box 11676
Tacoma, WA 98411-6676


Yellowstone Leather Products
P.O. Box 50026
Idaho Falls, ID 83405-0026

Aaron J Tolson
2677 E. 17th Street Suite 300
Ammon, ID 83406-6612


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Intermountain Gas Company
P. O. Box 64
Boise, ID 83701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Graybar Electric Company

(u)Knife River Corporation - Northwest

(u)Dun & Bradstreet

(u)Dyke's Electric

(u)IRS

(d)The Bank of Commerce
c/o Brian T. Tucker
PO Box 51630
Idaho Falls, ID 83405-1630

End of Label Matrix
Mailable recipients   172
Bypassed recipients     6
Total                 178